CITY OF BUFFALO, Respondent, *v.* DAVID GOODMAN, Appellant.

*City of Buffalo* v. *Goodman,* 152 App. Div. 954, affirmed.
(Argued March 26, 1913; decided April 15, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 19, 1912, affirming a judgment of Special Term which affirmed a judgment of the City Court of Buffalo imposing a penalty of fifty dollars on the appellant for a violation of an ordinance of said city of Buffalo requiring a huckster to pay a license fee of seventy-five dollars for the privilege of using a one-horse vehicle upon the streets of the city of Buffalo.

*Vernon Cole* for appellant.

*Clark H. Hammond, Corporation Counsel (Edward M. Regan* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and MILLER, JJ. Absent: HOGAN, J.